UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 02-10035-MLW

**UNITED STATES OF AMERICA**

**v.**

**CHARLES COLON**

<u>ORDER</u>

**AUGUST 13, 2012**

**BOWLER, U.S.M.J.**

    Based on the defendant's ongoing serious medical condition and his need for constant medical attention it is hereby **ORDERED** the Bureau of Prisons consider designating that the defendant be assigned to FMC Devens while awaiting resolution of the current petition seeking revocation of supervised release in the above captioned case.

                                                                          /s/ Marianne B. Bowler
                                                                    **Marianne B. Bowler**
                                                                    **UNITED STATES MAGISTRATE JUDGE**